UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICKY LYNN CASNER,

    Petitioner,

v.

    File No: 2:07-CV-166

    HON. ROBERT HOLMES BELL

BARRY DAVIS,

    Respondent.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 22, 2009, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Petitioner Casner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Dkt. No. 17, R&R.) The R&R was duly served on the parties. More than ten days have elapsed since service of the R&R and no objections have been filed. The Court has reviewed the R&R and is satisfied with its disposition of the case. Accordingly,

**IT IS HEREBY ORDERED** that the December 22, 2009, R&R (Dkt. No. 17) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473 (2000).

Dated: April 30, 2010            /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE